

FILED
HARRISBURG
MAY 2 5 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JP MORGAN CHASE BANK, AS SUCCESSOR-IN-INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE OF THE ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2003-HS1 4828 LOOP CENTRAL DRIVE HOUSTON, TX 77081-2226 <br><br> PLAINTIFF <br><br> v. <br><br> KARL J. BAGNALL LOT 20 SIMPSONS GLEN A/K/A 20 MCNAMARA LANE TOBYHANNA, PA 18466 <br><br> DEFENDANT(S) | CIVIL ACTION <br><br> No.: 1: 06-CV-00713 <br><br> Complaint Filed: April 5, 2006 <br><br> Judge KANE |

## ORDER OF JUDGMENT BY DEFAULT

AND NOW, this ___25th___ day of ___May___, 2006, upon consideration of the entry of a default, it is ORDERED that a judgment is entered in favor of Plaintiff, JP MORGAN CHASE BANK, AS SUCCESSOR-IN-INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE OF THE ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2003-HS1, and against KARL J. BAGNALL, Defendant, in the sum of $255,418.60 as of May 16, 2006, plus interest, attorneys fees, costs, advances, and all other related fee and expenses until paid in full, to which Plaintiff

is entitled from Defendant pursuant to the subject note/mortgage obligation;

It is also ordered that the interest which Defendant has in the subject property be sold at Marshal's sale and that all amounts owed by Defendant to Plaintiff under the subject note/mortgage obligation be paid out of the proceeds of such sale;

It is further ordered that, if the proceeds of such sale of the subject property exceed the sum of money owed by Defendant to Plaintiff any such excess shall be deposited with the Clerk of the Court, subject to further order.

             s/Yvette Kane
             _____
             J.